EDWARD H. KUBO, JR.        2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI       2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA        1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 4 2004

at __ o'clock and __ min. __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>YONG KIM,                    (01)<br>Y.K.B., Inc., doing          (02)<br>　business as "Brudda's<br>　Market,<br><br>　　　　　　Defendants. | CRIM. NO. CR 04-00422 DAE<br><br>INFORMATION [21 U.S.C. 863(a)<br>& 863(c); EXHIBIT "A" |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
        Deputy

### INFORMATION

Count 1:

The United States Attorney charges that:

On or about January 6, 2004 in the District of Hawaii, defendants YONG KIM and Y.K.B., Inc., doing business as "Brudda's Market", did knowingly, intentionally, and unlawfully offer for sale drug paraphernalia, as that term is defined in Title 21, United States Code, Section 863(d), which is described in greater

detail in attached Exhibit "A" and incorporated herein by reference,

In violation of Title 21, United States Code, Sections 863(a) and Title 18, United States Code, Section 2.

Count 2:

The United States Attorney further charges that:

As a result of committing the offense alleged in Count 1 of this Information, defendants YONG KIM and Y.K.B., Inc., doing business as "Brudda's Market", shall forfeit to the United States, pursuant to 21 U.S.C. 863(b), any and all drug paraphernalia referenced in said Count,

All in violation of Title 21, United States Code, Section 863(c).

DATED: Honolulu, Hawaii, __November 3__, 2004.

EDWARD H, KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Yong Kim & Y.K.B., Inc., dba "Brudda's Market", USDC-Hawaii, Information.

<u>Brudda's Market</u>:                                           EXHIBIT "A"

| <u>Evidence Item#</u>: | <u>Description of drug paraphernalia</u>: |
|---|---|
| 1 | 26 glass pipes, marked as "incense burner" kits |
| 2 | 10 glass pipes, marked as "incense burner" kits |
| 3 | 10 glass pipes, marked as "incense burner" kits |
| 4 | 21 glass pipes, marked as "incense burner" kits |
| 5 | 37 glass pipes, marked as "incense burner" kits |
| 6 | 31 glass pipes |
| 7 | 34 glass pipes |
| 8 | 30 metal mesh screens |
| 10 | 43 copper pads |
| 11 | 6 glass pipes |
| 12 | Numerous plastic ziplock bags |
| 13 | 5 glass pipes, marked as "incense burner" kits |
| 14 | 3 glass pipes, marked as "incense burner" kits |
| 15 | 27 glass pipes, marked as "incense burner" kits |
| 16 | 22 glass pipes, marked as "incense burner" kits |
| 17 | Numerous plastic ziplock bags |
| 18 | Numerous plastic ziplock bags |
| 19 | Numerous plastic ziplock bags |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 20 | Numerous plastic ziplock bags |
| 21 | Numerous plastic ziplock bags |
| 22 | 17 packets of plastic ziplock bags |
| 23 | 41 glass pipes |
| 24 | 128 torch lighters |
| 25 | 84 metal/plastic pipes |
| 26 | 9 micro torch lighters |
| 27 | 1 large glass pipe |
| 28 | 11 glass pipes |
| 29 | 3 plastic "cocaine bullets" |
| 30 | 29 torch lighters |
| 31 | 24 metal/wood pipes |
| 32 | 7 mechanical scales |
| 33 | 13 electronic digital scales and 3 mechanical scales |
| 34 | 7 glass pipes |
| 35 | 13 torch lighters |
| 36 | Numerous plastic ziplock bags |
| 38 | 25 torch lighters |
| 39 | 20 glass pipes, marked as "incense burner" kits |
| 40 | 20 glass pipes, marked as "incense burner" kits |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 41 | 25 glass pipes, marked as "incense burner" kits |
| 42 | 20 glass pipes, marked as "incense burner" kits |
| 43 | 27 glass pipes, marked as "incense burner" kits |
| 44 | 21 glass pipes, marked as "incense burner" kits |
| 45 | 6 torch lighters |
| 46 | 7 copper pads |
| 47 | Numerous plastic ziplock bags |
| 48 | 48 torch lighters |
| 49 | 27 torch lighters |
| 50 | 185 torch lighters |
| 51 | 15 metal/wood/glass pipes |
| 52 | 12 metal/wood/glass pipes |
| 53 | 65 torch lighters |
| 54 | 85 torch lighters |
| 55 | 87 torch lighters |
| 56 | 12 torch lighters |
| 57 | 25 torch lighters |
| 58 | 73 torch lighters |
| 59 | 42 torch lighters |
| 60 | Numerous plastic ziplock bags |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 61 | Numerous circular metal screens |
| 64 | 2 boxes of copper pads |
| 65 | 1 glass pipe, marked as "incense burner" kits |
| 66 | 1 glass pipe |
| 67 | 3 glass pipes, marked as "incense burner" kits |
| 68 | Numerous plastic ziplock bags |
| 69 | Numerous plastic ziplock bags |
| 70 | 22 glass pipes |
| 71 | 69 glass pipes |
| 72 | 51 glass pipes |
| 73 | 10 mechanical scales |
| 74 | 3 glass pipes |
| 75 | Numerous plastic ziplock bags |
| 76 | Numerous plastic ziplock bags |
| 77 | Numerous plastic ziplock bags |
| 78 | Numerous plastic ziplock bags |
| 79 | Numerous plastic ziplock bags |
| 80 | Numerous plastic ziplock bags |
| 81 | Numerous plastic ziplock bags |
| 82 | Numerous plastic ziplock bags |
| 83 | 2 electronic digital scales and 3 mechanical scales |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 84 | Numerous plastic ziplock bags |
| 85 | Numerous plastic ziplock bags |
| 86 | 8 torch lighters |
| 87 | Numerous plastic ziplock bags |
| 01 | 25 glass pipes |
| 02 | Numerous plastic bags |
| 03 | 4 plastic bags containing glass pipes |
| 04 | 21 glass pipes |
| 05 | 28 glass pipes |
| 06 | 1 box of miscellaneous plastic bags |
| 07 | 1 brown paper bag containing bottles of mannitol |